18 So.2d 880

**Eula Mae FEN, alias v. STATE.**

**4 Div. 831.**

Court of Appeals of Alabama.

May 9, 1944.

Harry Adams, of Enterprise, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

We have complied with our duty (Code 1940, Title 15, Section 389) and have searched the record for error. We can discover none. The issues were exclusively for the jury and there were no meritorious exceptions reserved during trial.

No error appearing, the judgment is ordered affirmed.

Affirmed.

18 So.2d 116

**Jesse J. (alias Blackie) FIELDING v. STATE.**

**1 Div. 463.**

Court of Appeals of Alabama.

April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

20 So.2d 892

**Richard FIELDS v. STATE.**

**6 Div. 138.**

Court of Appeals of Alabama.

Jan. 16, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 116

**Estella FILES, alias, etc., v. STATE.**

**2 Div. 732.**

Court of Appeals of Alabama.

March 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 116

**Elvis FLEMING v. STATE.**

**8 Div. 402.**

Court of Appeals of Alabama.

Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.